**Order entered September 4, 2013**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01164-CR

**ROLANDO MARIO CASTRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82255-2011**

## ORDER

Appellant Rolando Mario Castro's August 29, 2013 Motion for Leave to Extend Time to File Appellant's Late Motion for Rehearing and Motion for En Banc Reconsideration is **GRANTED**. Castro's Motion for Rehearing and Motion for En Banc Reconsideration, tendered to the Clerk on August 29, 2013, are **ORDERED** filed as of the date of this order.

/David Lewis/
DAVID LEWIS
JUSTICE